IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )       8:14CR200
                               )
     v.                        )
                               )
RODRICK LOCKETT,               )       ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on plaintiff's motion to extend response time (Filing No. 30). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED that plaintiff's motion is granted; plaintiff shall have until October 17, 2014, to respond to defendant's objection to the findings and recommendation of the magistrate judge.

DATED this 10th day of October, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court